UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TETYANA NOREEN STEFFEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:18-cv-00756-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,516.26 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Based on the Stipulation, the prior Motion for Award of EAJA Fees (Dkt. 23) is DENIED as moot.

Dated: May 01, 2019

_____
JOHN D. EARLY
United States Magistrate Judge